UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ROBERT MICHAEL ABRAHAM, JR.　　　　　　　CASE NO. 05-17465

ROBERT MICHAEL ABRAHAM, JR.　　　　　　　PLAINTIFF

ADVERSARY NO.: 07-01036-DWH

JAMES L. BENNETT, ET AL　　　　　　　DEFENDANTS

## ORDER

THIS CAUSE having come on to be heard on Defendants' Motion to Stay Adversary Proceeding and this Court, having reviewed the same, grants the Motion to Stay Adversary Proceeding and finds as follows:

1. This action was originally initiated on November 15, 2006 by Dr. Robert M. Abraham, Jr. in the Circuit Court of Madison County, Mississippi asserting claims of breach of contract and breach of restrictive covenant against Dr. James L. Bennett and Affordable Dentures Dental Laboratories, Inc.

2. A Motion to Dismiss was incorporated into the Defendants' Answer filed in the Circuit Court of Madison County, Mississippi on January 5, 2007.

3. Subsequently, the bankruptcy estate was reopened by the Plaintiff in the United States Bankruptcy Court for the Northern District of Mississippi. A Motion to Dismiss was filed in this Court by the Defendants on March 23, 2007 asserting that the doctrine of judicial estoppel barred the Plaintiff's claims against the Defendants and requesting that this Court dismiss the Plaintiff's claims.

4. A hearing was held on the Defendants' Motion to Dismiss on April 11, 2007. This Court requested an evidentiary hearing be scheduled on the Motion to Dismiss and such hearing was held on June 22, 2007.

5. On August 10, 2007, this Court entered an Order denying the Defendants' Motion to Dismiss.

6. On August 20, 2007, the Defendants filed a Notice of Interlocutory Appeal and Motion for Leave to File Interlocutory Appeal with this Court.

7. The underlying adversary proceeding before this Court shall be stayed pending a ruling on the Defendants' Motion for Leave to File Interlocutory Appeal by the federal district court and, if such leave is granted, pending the federal district court's ruling on the merits of the interlocutory appeal.

8. A stay of this action is in the best interest of judicial economy and judicial efficiency and will not result in prejudice or undue delay to any party.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion to Stay Adversary Proceeding filed by the Defendants, James L. Bennett, D.D.S. and Affordable Dentures Dental Laboratories, Inc. is well-taken and is hereby granted, and the above-styled and numbered adversary proceeding is stayed by this Court until a ruling is rendered by the federal district court as to the Defendants' Motion for Leave to File Interlocutory Appeal. If such leave is denied by the district court, this stay will automatically dissolve at that time. However, if such leave is granted by the district court, this stay will continue until the district court renders a final ruling on the merits of interlocutory appeal.

SO ORDERED AND ADJUDGED this the 3rd day of December, 2007.

Honorable David W. Houston, III
United States Bankruptcy Court

PREPARED BY:

Corey D. Hinshaw (MBS #101520)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901

*Counsel for Affordable Dentures*
   *Dental Laboratories, Inc.*

Mailing Address:
P.O. Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901



*Attorneys and Counselors at Law*

est. 1895

The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201

COREY D. HINSHAW
DIRECT DIAL: (601) 965-1822
E-MAIL ADDRESS:
chinshaw@watkinseager.com

November 30, 2007

Honorable David W. Houston
United States Bankruptcy Judge
Northern District of MS
703 Highway 145 North
Aberdeen, MS 39730

 In Re: Robert Michael Abraham, Jr.; Case No. 05-17465
   Robert Michael Abraham, Jr. v. James L. Bennett, et al;
   Adversary No. 07-01036-DWH

Dear Judge Houston:

 Enclosed please find an Order which I believe reflects your ruling of Tuesday, November 27, 2007.

 Thank you for your consideration in this matter.

        With kindest regards,

        WATKINS & EAGER PLLC

        Corey D. Hinshaw

CDH/ls
Enclosure
cc: Latrice Westbrooks
   Office of the U.S. Trustee
   Honorable Stephen Livingston
   R. Allen Smith, Jr.
   Rebecca Lee Wiggs